# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GARY R. BECK,<br><br>  Plaintiff(s),<br><br>vs.<br><br>BAYVIEW FINANCIAL LOAN SERVICING, LLC,<br><br>  Defendant(s). | Case No. 2:16-cv-00786-GMN-NJK<br><br>ORDER |

Pending before the Court is a discovery plan. Docket No. 14. The Court hereby SETS a telephonic hearing on the discovery plan for 4:15 p.m. on August 4, 2016. Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

DATED: August 2, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge